IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH WILDONGER | CIVIL ACTION |
| v. | |
| MICHAEL J. ASTRUE | NO. 09-2945 |

## ORDER

**AND NOW**, this 17th day of September, 2010, upon consideration of Plaintiff's Motion for Summary Judgment (Docket No. 10) and Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, to which the parties have filed no objections, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Plaintiff's Motion for Summary Judgment is **DENIED**.

BY THE COURT:

_____
John R. Padova, J.